UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBORNE AMERICA, INC., a Nevada corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>KENWAY COMPOSITES, et al.,<br><br>                                    Defendants. | Case No.: 20-CV-2208 JLS (BLM)<br><br>**ORDER (1) GRANTING JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING; AND (2) GRANTING EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND**<br><br>(ECF Nos. 2, 3) |

Presently before the Court is the Plaintiff Airborne America, Inc. and Defendants Gemini Insurance Company and Berkley Insurance Company's Joint Motion for Extension of Time to File Answer to Initial Complaint (ECF No. 3).  Good cause appearing, the Court **GRANTS** the Joint Motion.  Defendants Gemini Insurance Company and Berkley Insurance Company must file their response to Plaintiff's Complaint <u>on or before December 9, 2020</u>.

Also before the Court is Defendants CPK Manufacturing, LLC; Kenway Composites; and Creative Pultrusions, Inc.'s *Ex Parte* Application for an Order Extending Defendants' Time to Respond to Complaint ("Appl.," ECF No. 2).  The Application is

unopposed. Defendants aver when they contacted Plaintiff to seek a stipulation allowing Defendants additional time to file a response, Plaintiff's counsel refused the requested extension. Appl. at 2. Defendants allege Plaintiff's counsel refused the extension "due to his difficulties working with [Defendants'] firm on another case currently-pending in state court." Chalifoux Decl. ¶ 11, ECF No. 2-1. Given that Plaintiff has stipulated to extend other Defendants' response time as evidenced above and Plaintiff has not demonstrated it would suffer prejudice given this extension, the Court **GRANTS** the *Ex Parte* Application. Defendants CPK Manufacturing, LLC, Kenway Composites, and Creative Pultrusions, Inc. must file their response to Plaintiff's Complaint <u>on or before December 2, 2020</u>.

**IT IS SO ORDERED.**

Dated: November 24, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge