UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBORNE AMERICA, INC.,<br><br>                           Plaintiff,<br><br>V.<br><br>KENWAY COMPOSITES, et al.,<br><br>                          Defendants. | Case No.:  20CV2208-JLS(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE VIA VIDEOCONFERENCE**<br><br>**[ECF No. 9]** |

      The above-entitled matter was removed to this Court on November 12, 2020.  ECF No. 1.  Defendants CPK Manufacturing and Kenway Composites answered the complaint on December 2, 2020.  ECF Nos. 5 and 6.

      On December 3, 2020, the Court issued a Notice and Order for Early Neutral Evaluation Conference and Case Management Conference Via Videoconference.  ECF No. 7.  The Court scheduled the conferences for January 11, 2021 at 1:30 p.m.  Id. at 1.

      On January 6, 2021, the parties filed a Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference Via Videoconference.  ECF No. 9.  The parties seek to continue the conferences to March 15, 2021 and the deadline to file a joint discovery plan from January 4, 2021 to March 8, 2021.  Id. at 4.  In support, the parties state that (1)

there is a pending motion to dismiss by Defendants Gemini Insurance Company and Berkley Insurance Company, (2) "[D]efendants Kenway Corporation, Kenneth G. Priest, II, Susan Priest, Michael Priest, and Ian Kopp have not yet appeared in this action . . .. and Plaintiff Airborne is in the process of preparing requests for entry of default, which it expects to submit to the Court by no later than January 8, 2021[,]" (3) Defendant Hill & Smith Holdings, PLC, a foreign corporation, has not been served in this action and must be served under the Hague Convention on Service, (4) not all parties have conferred on the draft joint discovery plan, and (5) a global settlement is not possible at the January 11, 2021 ENE and CMC. Id. at 3.

Good cause appearing, the parties' motion is **GRANTED** as follows:

1. The ENE and CMC currently scheduled for January 11, 2021 is hereby **CONTINUED** to **March 15, 2021** at **9:30 a.m.**

2. On or before **March 8, 2021**, the parties shall submit via email (efile_major@casd.uscourts.gov), confidential settlement statements.

3. No later than **March 8, 2021**, counsel for each party shall send an e-mail to the Court at efile_Major@casd.uscourts.gov containing the names of the ENE/CMC participants and their contact information [see ECF No. 7 at 4].

4. On or before **March 8, 2021**, the parties must file a Joint Discovery Plan on the CM/ECF system.

5. The parties must exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **March 8, 2021**.

6. All other guidelines and requirements shall remain as previously set. See ECF No. 7.

**IT IS SO ORDERED**.

Dated:  1/6/2021

Hon. Barbara L. Major
United States Magistrate Judge