UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBORNE AMERICA, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KENWAY COMPOSITES, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  20CV2208-JLS(BLM)<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE VIA VIDEOCONFERENCE**<br><br>**[ECF No. 18]** |

　　　The above-entitled matter was removed to this Court on November 12, 2020.  ECF No. 1.  Defendants CPK Manufacturing and Kenway Composites answered the complaint on December 2, 2020.  ECF Nos. 5 and 6.

　　　On December 3, 2020, the Court issued a Notice and Order for Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") Via Videoconference.  ECF No. 7.  The Court scheduled the conferences for January 11, 2021 at 1:30 p.m.  Id. at 1.

　　　On December 7, 2020, Defendants Gemini Insurance Company and Berkley Insurance Company filed a motion to dismiss "on the grounds that Plaintiff has failed to state a claim for relief since neither Gemini nor Berkley are alleged to be the debtor or transferee such that they can be liable for a fraudulent transfer" and because "the complaint fails to allege any type of

1

fraudulent conduct on behalf of Gemini or Berkley." ECF No. 8.

On January 6, 2021, the parties filed a Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference Via Videoconference.  ECF No. 9.  The parties sought to continue the conferences to March 15, 2021 and the deadline to file a joint discovery plan from January 4, 2021 to March 8, 2021.  Id. at 4.  The Court granted the parties' motion on January 7, 2021.  ECF No. 11.

On February 8, 2021, Defendants K.W. Boats, Kenneth G. Priest, II, Susan Priest, Michael Priest, and Ian Kopp answered Plaintiff's complaint.  ECF No. 16; see also ECF No. 17.

On February 12, 2021, the parties filed a second Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference Via Videoconference.  ECF No. 18.  The parties seek to continue the March 15, 2021 ENE and CMC to May 14, 2021.  Id. at 4.  In support, the parties state that (1) Defendants Kenway Corporation, Kenneth G. Priest, II, Susan Priest, Michael Priest, and Ian Kopp have not appeared and that Plaintiff has filed requests for entry of default[1], (2) Defendant Hill & Smith Holdings, PLC, a foreign corporation, has not yet been served in this action and requires service under the Hague Convention on Service, and (3) a global settlement is not possible at the ENE since all parties have not appeared and all defaults have not been entered.  Id. at 4-5.

The parties' motion is **DENIED**.  All dates and requirements set forth in the Court's January 7, 2021 order [ECF No. 11] remain in effect.

**IT IS SO ORDERED**.

Dated: 2/12/2021

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The Court's review of the docket finds that Defendants Kenway Corporation, Kenneth G. Priest, II, Susan Priest, Michael Priest, and Ian Kopp have appeared in this matter and that Plaintiff has not filed requests for entry of default.  See ECF Nos. 16 and 17; see also Docket.  Because of the February 4, 2021 signature date on the motion, it appears that the parties drafted the motion prior to Defendants Kenway Corporation, Kenneth G. Priest, II, Susan Priest, Michael Priest, and Ian Kopp's answers and failed to update the motion prior to filing.