UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBORNE AMERICA, INC., a Nevada corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KENWAY COMPOSITES, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 20-cv-2208 JLS (BLM)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER RE: SERVICE ON DEFENDANT HILL & SMITH HOLDINGS, PLC PURSUANT TO RULE 4(f)(3)**<br><br>(ECF No. 20) |

Presently before the Court is Plaintiff Airborne America, Inc.'s *Ex Parte* Application for Order re: Service on Defendant Hill & Smith Holdings, PLC Pursuant to FRCP 4(f)(3). ("Appl.," ECF No. 20.)  Plaintiff has not been able to effectuate service on Defendant Hill & Smith, an entity located in England.  Appl. at 2.  Plaintiff requests an order from this Court pursuant to Federal Rule of Civil Procedure 4(f)(3) allowing Plaintiff to serve a copy of the summons and complaint in this action on Defendant Hill & Smith via international mail, return receipt requested. *Id.* at 3.

Rule 4(f)(3) affirmatively authorizes the federal district court to direct any form of service that is not prohibited by an international agreement.  "The decision whether to allow alternative methods of serving process under Rule 4(f)(3) is committed to the 'sound

discretion of the district court.'" *Brockmeyer v. May*, 383 F.3d 798, 805 (9th Cir. 2004) (quoting *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016 (9th Cir. 2002)). Compliance with the Hague Service Convention is mandatory when transmitting documents for service abroad. *Volkswagenwerk Aktiengesellschaft v. Schlunk*, 486 U.S. 694, 705 (1988). Article 10(a) of the Hague Service Convention provides that, if the State of destination does not object, the Hague Convention does not change "the freedom to send judicial documents, by postal channels, directly to persons abroad." The United Kingdom does not object to judicial documents being sent by international registered mail pursuant to Article 10(a). *See Brockmeyer*, 383 F. 3d 798, 803 (9th Cir. 2004) (citing U.S. State Dep't, *Judicial Assistance in the United Kingdom (England, Scotland, Wales, and Northern Ireland)*, in *Selected Materials in Int'l Litig. & Arbitration*, 689 PLI/Lit. 13, 325 (2003)). Therefore, good cause appearing, the Court **GRANTS** Plaintiff's Application.

The Court **DIRECTS** Plaintiff to serve the summons and complaint on Defendant Hill & Smith via international mail, return receipt requested at the address below:

> Hill & Smith Holdings PLC
> Westhaven House
> Arleston Way
> Shirley, Solihull, West Midlands
> B90 4LH
> UNITED KINGDOM

Further, the Court **ORDERS** that Plaintiff file a proof of service forthwith.

**IT IS SO ORDERED.**

Dated: February 26, 2021

Hon. Janis L. Sammartino
United States District Judge