UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBORNE AMERICA, INC.,<br><br>  Plaintiff,<br><br>V.<br><br>KENWAY COMPOSITES, et al.,<br><br>  Defendants. | Case No.:  20CV2208-JLS(BLM)<br><br>**ORDER DENYING THIRD JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE VIA VIDEOCONFERENCE**<br><br>**[ECF No. 25]** |

The above-entitled matter was removed to this Court on November 12, 2020.  ECF No. 1.  Defendants CPK Manufacturing and Kenway Composites answered the complaint on December 2, 2020.  ECF Nos. 5 and 6.

On December 3, 2020, the Court issued a Notice and Order for Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") Via Videoconference.  ECF No. 7.  The Court scheduled the conferences for January 11, 2021 at 1:30 p.m.  Id. at 1.

On December 7, 2020, Defendants Gemini Insurance Company and Berkley Insurance Company filed a motion to dismiss "on the grounds that Plaintiff has failed to state a claim for relief since neither Gemini nor Berkley are alleged to be the debtor or transferee such that they can be liable for a fraudulent transfer" and because "the complaint fails to allege any type of

fraudulent conduct on behalf of Gemini or Berkley." ECF No. 8.

On January 6, 2021, the parties filed a Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference Via Videoconference.  ECF No. 9.  The parties sought to continue the conferences to March 15, 2021 and the deadline to file a joint discovery plan from January 4, 2021 to March 8, 2021.  Id. at 4.  The Court granted the parties' motion on January 7, 2021.  ECF No. 11.

On February 8, 2021, Defendants K.W. Boats, Kenneth G. Priest, II, Susan Priest, Michael Priest, and Ian Kopp answered Plaintiff's complaint.  ECF No. 16; see also ECF No. 17.

On February 12, 2021, the parties filed a second Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference Via Videoconference.  ECF No. 18. The parties sought to continue the March 15, 2021 ENE and CMC to May 14, 2021.  Id. at 4. The Court denied the motion on February 12, 2021.  ECF No. 19.

On February 26, 2021, the Court granted Plaintiff's *Ex Parte* Application for Order Re Service on Defendant Hill & Smith Holdings, PLC Pursuant to Rule 4(f)(3).  ECF No. 22.

On March 11, 2021, the parties filed a third Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference Via Videoconference.  ECF No. 25. The parties again seek to continue the March 15, 2021 conferences to May 14, 2021.  Id. at 4. In support, the parties state that

> [b]ecause not all parties have appeared yet and/or defaults been entered, and Gemini and Berkeley's motion to dismiss has not yet been ruled on, conference on a joint discovery plan and a global settlement would not be possible at any ENE on March 15, 2021, Airborne and the Appearing Defendants wish to continue the ENE and CMC to allow sufficient time for Hill & Smith to appear in the case and contribute to the joint discovery plan, or have its default taken where appropriate.

Id. at 3-4.

The parties' motion is **DENIED**.  This case has been pending in this court for four months and the majority of the defendants have answered and are ready to participate in the ENE and CMC.  All dates and requirements set forth in the Court's January 7, 2021 order [ECF No. 11] remain in effect.  Plaintiff must submit its ENE brief and the parties must file the joint discovery

1 | plan today.
2 | **IT IS SO ORDERED**.
3 |
4 | Dated:  3/11/2021
5 |
                                        Hon. Barbara L. Major
                                        United States Magistrate Judge