UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBORNE AMERICA, INC., a Nevada corporation<br><br>Plaintiff,<br><br>v.<br><br>KENWAY COMPOSITES, et al.<br><br>Defendants. | Case No.:  20-cv-2208 JLS (BLM)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 31) |

Presently before the Court is Defendant Hill & Smith Holdings, PLC's Motion to Dismiss for Lack of Jurisdiction (ECF No. 31).  On its own motion, the Court **VACATES** the hearing scheduled for May 13, 2021 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  May 6, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge