UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBORNE AMERICA, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENWAY COMPOSITES, et al.,<br><br>Defendants. | Case No.: 20-CV-2208 JLS (BLM)<br><br>**ORDER REQUIRING PARTIES TO FILE A JOINT STATUS REPORT** |

On September 14, 2021, Defendants Gemini Insurance Company ("Gemini") and Berkley Insurance Company ("Berkley") and Plaintiff Airborne America, Inc. filed a joint motion requesting a continuance on Plaintiff's deadline to file an amended complaint after the Court granted Berkley and Gemini's Motion to Dismiss. *See* ECF No. 38. The Court granted the joint motion, ECF No. 39; however, Plaintiff did not file an amended complaint within the extended deadline. In the joint motion, the Parties represented that Plaintiff, "with the involvement of a mediator, is actively negotiating with all of the defendants in this action, including Gemini and Berkley, on the terms of a settlement and compromise to resolve all of Airborne's claims in this action." ECF No. 38 ¶ 7.

Based on the foregoing, the Court **ORDERS** the Parties to file a joint status report updating the Court on the status of settlement discussions related to this matter. The Parties

**SHALL FILE** this joint status report, not to exceed five (5) pages, on or before December 10, 2021.

**IT IS SO ORDERED.**

Dated: November 24, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge