UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBORNE AMERICA, INC., a Nevada corporation,<br><br>                                      Plaintiff,<br><br>v.<br><br>KENWAY COMPOSITES, et al.,<br><br>                                      Defendants. | Case No.:  20-CV-2208 JLS (BLM)<br><br>**ORDER (1) GRANTING JOINT MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION (2) DENYING MOTION TO DISMISS AS MOOT; AND (3) DISMISSING CASE WITH PREJUDICE**<br><br>(ECF Nos. 31, 43) |

Presently before the Court is the Parties' Joint Motion of All Parties for Order Determining Good Faith Settlement and for Entry of Dismissal with Prejudice (ECF No. 43). Good cause appearing and there being no opposition, the Court hereby finds the settlement between the Parties was made in good faith pursuant to California Code of Civil Procedure sections 877 and 877.6, and the factors outlined in *Tech-Bilt, Inc. v. Woodward-Clyde & Associates*, 38 Cal. 3d 488 (1985). Accordingly, the Court **GRANTS** the Joint Motion. As agreed by the Parties and pursuant to California Code of Civil Procedure section 877.6(c), the Court **DISMISSES WITH PREJUDICE** this action in its entirety. Each Party shall bear its own costs.

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     In light of the Parties' settlement, the Court **DENIES AS MOOT** Defendant Hill & Smith Holdings, PLC's Motion to Dismiss (ECF No. 31). The Clerk of the Court shall close the file.

     **IT IS SO ORDERED.**

Dated: February 7, 2022

Hon. Janis L. Sammartino
United States District Judge

2